The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| EV20 | 9290263 | BONNER | 09/08/2022 |

**THE CHARGE ON THE VIOLATION NOTICE**

| Offense Charged | Offense Description |
|---|---|
| 36CFR235(b)(2).M | POSSESSION OF A CONTROLLED SUBSTANCE SCH. II |

| Defendant Name |
|---|
| ABEL, SHARON M |

| Initial Court Appearance |
|---|
| MANDATORY - You must appear in court |

| Court Address | Date/Time |
|---|---|
| US DISTRICT COURT<br><br>401 COURTHOUSE SQUARE<br>ALEXANDRIA, VA 22314-5798 | 09/15/2022<br>09:00 AM |