The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | Date of Offense |
|---|---|---|---|
| EV20 | 9290265 | BONNER | 09/08/2022 |
| **THE CHARGE ON THE VIOLATION NOTICE** | | | |
| Offense Charged | Offense Description | | |
| 36CFR2.35(b)(2).M | POSSESSION OF MARIJUANA | | |
| Defendant Name | | | |
| ABEL, SHARON M | | | |
| Initial Court Appearance | | | |
| MANDATORY - You must appear in court | | | |
| Court Address | | | Date/Time |
| US DISTRICT COURT<br><br>401 COURTHOUSE SQUARE<br>ALEXANDRIA, VA 22314-5798 | | | 09/15/2022 09:00 AM |