IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Court No.  1:22PO988 |
| | ) | |
| v. | ) | |
| | ) | |
| SHARON M. ABEL, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR DISMISSAL

The United States of America does not desire to prosecute court number 1:22-PO-988 pertaining to the defendant, SHARON M. ABEL. This matter has been converted to a criminal information under 1:22-MJ-289.

Accordingly, the United States hereby moves for a dismissal without prejudice of the pending court number 1:22-PO-988 pertaining to the defendant SHARON M. ABEL.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

BY:	_____/s/_____
Raemarie Zanzucchi-Croteau
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Email: Raemarie.Croteau@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Dismissal

and proposed Order will be emailed to the defendant's counsel on the 17th day of October, 2022.

_____/s/_____
Raemarie Zanzucchi-Croteau
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Fax: (703) 299-3980
Email: raemarie.croteau@usdoj.gov