IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Court No. 1:22-PO-988 |
| | ) | |
| v. | ) | |
| | ) | |
| SHARON M. ABEL, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The motion of the United States of America to dismiss without prejudice court number 1:22-PO-988 pertaining to the defendant SHARON M. ABEL, is hereby granted.

IT IS ORDERED that court number 1:22-PO-988 pertaining to the defendant, SHARON M. ABEL, is hereby dismissed without prejudice.


Dated this _____
day of October, 2022
Alexandria, Virginia

Digitally signed by Ivan D. Davis
Date: 2022.10.17 17:24:24 -04'00'

_____
United States Magistrate Judge